IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA )
)
v. ) Criminal No. 03-247
)
RAYMOND ZWIBEL )

**ORDER OF COURT**

AND NOW, to-wit, this 27th day of April, 2011, upon consideration of the foregoing Motion to Schedule Show Cause Hearing, it is hereby ORDERED, ADJUDGED AND DECREED that said motion be and the same hereby is, GRANTED;

IT IS FURTHER ORDERED that a hearing is scheduled for the defendant to show cause why his supervised release term should not be revoked on FRIDAY, APRIL 29, 2011, at 10:30 o'clock, A .M., before the undersigned member of this Court.

_____
Gary L. Lancaster
Chief United States District Judge

cc: Counsel of Record
U.S. Probation Office
U.S. Marshal